IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-40236
Summary Calendar
_____

OLGA VILLANUEVA,

                                      Plaintiff-Appellant,

versus

JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY,

                                      Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L-99-CV-85
- - - - - - - - - -
January 10, 2002

Before DAVIS, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

    Olga Villanueva appeals the district court's judgment affirming the denial of her application for disability insurance benefits and supplemental security income.  Villanueva contends that the determination of the Administrative Law Judge ("ALJ") regarding her disability status was not supported by substantial evidence.  Specifically, she asserts that the ALJ erred in relying upon the objective findings rather than upon her subjective complaints of pain, disregarding the medical evidence submitted after her administrative hearing, failing to utilize

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the correct standard in determining the severity of her impairments, and determining that she had no residual impairments from her hernia and varicose vein surgical procedures.

Based on our review of the record, the ALJ's decisions regarding Villanueva's complaints of pain, the severity of her impairments, and the existence of residual impairments from her surgical procedures were supported by substantial evidence. See Leggett v. Chater, 67 F.3d 558, 564 (5th Cir. 1995). The record also shows that the ALJ fully developed the record and considered all of the medical evidence submitted before his decision.

AFFIRMED.